PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: DARBY, Hanzah                     Cr.: 13-00056-001
                                                                        PACTS #: 64343

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/24/2015

Original Offense:   Count One: Carjacking
                    Count Two: Possessing a Firearm in Furtherance of a Carjacking

Original Sentence: 144 months imprisonment; 3 years supervised release; $300 special assessment; $13,669.19 restitution

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; and 3) debt monitoring

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/22/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition of supervision:

Nature of Noncompliance: Darby was Court-order to satisfy restitution in monthly payments of $150. He has not complied with this financial obligation. Since commencing supervision, he has made 2 (two) payments totaling $300. The payments were made in the end of October 2022 and the beginning of March 2023, respectively.

U.S. Probation Officer Action: Probation will continue to stress upon Darby the Court-ordered financial obligation.

                                        Respectfully submitted,

                                        SUSAN M. SMALLEY, Chief
                                        U.S. Probation Officer

                                        *Joseph Empirio*

                                        By:   JOSEPH EMPIRIO
                                              Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
DARBY, Hanzah

APPROVED:

_[signature] Path Waty for_  3/7/23
KEVIN M. VILLA         Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No formal Court action to be taken at this time - Probation will present this document to the individual under supervision as a written reprimand issued under the authority of the Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_[signature]_
Signature of Judicial Officer

March 8, 2023
Date